A Civil Right Complaint under 42 U.S.C 1983

FILED ___ ENTERED
___ LODGED ___ RECEIVED
FEB 16 2016
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
by _____

JKB-16-450

On 1/14/16 I was taking from Central laundry Facility and Tranfer to North Branch Correctional Institution. On 2/1/16 I was escort to property to recieve my property. I then notice my property items was missing and notify the property officer I am missing these items, 4 pair GRT crew sock item #3501006 size 10-13 $5.60, 2 pair Knockers Brief size Med item #3010014C $6.30 union supply #1-888-308-6466 Sales order #503071061 Date 3/17/14. 4 pair GRT crew sock item #3501006 size 10-13 $5.60, 1 Dickies s/s Shirt Chambray Blue item #2587018C size med $13.95, 1 pair Reebok MR750 Runing white/gray item #1045162070 size 7 $29.95, 2 pair Knockers Brief size Med item #3010014C $6.30 union supply #1-888-308-6466 Sales order #803088005 Date 3/27/14. 1 pair Russell workout short size Med item #2514009C $8.95 Date 9/25/14 union supply #1-888-308-6466 sales order #503359319. 1 pair Nike OVR PLY VIII size 7 white item #8017207001 $45.59 Access securepak #1-800-546-6283 Sales order #4173302. When I was tranfer I was not present when my property was being pack up at Central laundry institution so Central laundry and North Branch Institution is responble to reimburse for my missing property. I put in a ARP and it was Dismissed. I Arrive At NBCI on 1/14/16 and my property did Not come to 1/27/16. I sueing for my lost property. I am asking for A Civil Right Complaint under 42 U.S.C 1983 form. I am sueing North Branch Institution Central laundry Institution property Dept. and Warden.