1:16-cv-00450-JKB   Document 1-2   Filed 02/16/16   Page

Lawrence Whitworth #417588
4100 McMullen Hwy, S.W
Cumberland MD 21502

BALTIMORE MD 212
11 FEB 2016 PM 5 L

2120126059

Court Clerk of the Court
101 West lombard St.
Baltimore MD 21201